Decided December 5, 2007

CAROL MULREADY *v.* WILLIAM MULREADY

The defendant's petition for certification for appeal from the Appellate Court (AC 28329) is denied.